UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-CV-24809-COOKE/TORRES

DANIEL LOPEZ,

        Plaintiff,

v.

E & R ENTERPRISE OF SOUTH
FLORIDA INC. d/b/a VINO'S PIZZA & BREW
and CJ ST CROIX, L.L.C.,

        Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT, CJ ST CROIX, L.L.C., ONLY

Plaintiff, DANIEL LOPEZ, by and through undersigned counsel, hereby dismisses this matter *without prejudice* against CJ ST CROIX, L.L.C., only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff reserves all rights to proceed against E & R ENTERPRISE OF SOUTH FLORIDA INC. d/b/a VINO'S PIZZA & BREW. and any other Defendants.

Dated this December 29, 2014

LAUREN N. WASSENBERG, ESQ
*Attorney for Plaintiff*
429 Lenox Avenue STE P503
Miami Beach, FL 33139
Ph: 305-804-5435
Email: WassenbergL@gmail.com

By: s/ Lauren N. Wassenberg____
     Lauren N. Wassenberg, Esq.
     Florida Bar No. 34083

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 29th day of December 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        By: s/ Lauren Wassenberg
                                                        Lauren Wassenberg, Esq.
                                                        Florida Bar No.: 34083