UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-24809-Civ-COOKE/TORRES

DANIEL LOPEZ,

    Plaintiff,

vs.

E & R ENTERPRISE OF SOUTH
FLORIDA, INC. d/b/a VINO'S PIZZA &
BREW and CJ ST CROIX, L.L.C.,

    Defendants.
_____/

### ORDER DISMISSING CLAIMS AGAINST DEFENDANT CJ ST CROIX, L.L.C.

THIS MATTER is before me on Plaintiff's Notice of Voluntary Dismissal Without Prejudice Against Defendant, CJ St Croix, L.L.C., Only (ECF No. 4). It is **ORDERED AND ADJUDGED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that Plaintiff Daniel Lopez's claims against Defendant CJ St Croix, L.L.C. are **DISMISSED** *without prejudice*. The Clerk shall **TERMINATE** Defendant CJ St Croix, L.L.C. from this case.

**DONE and ORDERED** in chambers at Miami, Florida, this 30th day of December 2014.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*