UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-24809-Civ-COOKE/TORRES

DANIEL LOPEZ,

Plaintiff,

vs.

E & R ENTERPRISE OF SOUTH FLORIDA,
INC., etc., et al.,

Defendants.

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Daniel Lopez, and Defendants, E & R Enterprise of South Florida, Inc. and 729-731 Washington Ave., Properties, Inc., (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On December 19, 2014, Plaintiff filed the above-captioned action.

2. The parties stipulate and agree that they have reached a settlement of this action.

3. The parties are in the process of finalizing and executing a settlement agreement and will file a joint stipulation to dismiss this action with a proposed order for dismissal within the next ten (10) days.

Respectfully submitted this 5th day of February, 2015.

s/ *Lauren Wassenberg*
Lauren Wassenberg
429 Lenox Avenue, Suite P503
Miami Beach, Florida 33139
Tel: 305.537.3723
Fax: 866.519.3748
wassenbergl@gmail.com

*Attorney for Plaintiff Daniel Lopez*

s/ *Jennifer L. Gokenbach*
Jennifer L. Gokenbach
GOKENBACH LAW, LLC
1101 Brickell Avenue
South Tower – 8th Floor
Miami, Florida 33131
Tel: 866.578.6223
Fax: 303.990.8131
jennifer@gokenbachlaw.com

*Attorney for Defendants E & R Enterprise of South Florida, Inc. and 729-731 Washington Ave., Properties, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2015, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Lauren Wassenberg
429 Lenox Avenue, Suite P503
Miami Beach, Florida 33139
wassenbergl@gmail.com

ATTORNEY FOR PLAINTIFF

*s/ Jennifer L. Gokenbach*