UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-24809-Civ-COOKE/TORRES

DANIEL LOPEZ,

Plaintiff,

vs.

E & R ENTERPRISE OF SOUTH FLORIDA,
INC., etc., et al.,

Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Daniel Lopez, and Defendants, E & R Enterprise of South Florida, Inc. and 729-731 Washington Ave., Properties, Inc. (collectively, "the Parties"), by and through their undersigned counsel, pursuant to FED. R. CIV. P. 41, hereby stipulate and agree as follows:

1. On December 19, 2014, Plaintiff filed the above-captioned action.

2. On December 29, 2014, Plaintiff filed his First Amended Complaint.

3. Defendants have not yet filed answers or otherwise responded to Plaintiff's First Amended Complaint.

4. The Parties have reached a full and final settlement of this matter.

5. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Parties stipulate and agree to the dismissal of this matter with prejudice.

Respectfully submitted this 6th day of March, 2015.

| *s/ Lauren Wassenberg* | *s/ Jennifer L. Gokenbach* |
|---|---|
| Lauren Wassenberg | Jennifer L. Gokenbach |
| 429 Lenox Avenue, Suite P503 | GOKENBACH LAW, LLC |
| Miami Beach, Florida 33139 | 1101 Brickell Avenue |
| Tel: 305.537.3723 | South Tower – 8th Floor |
| Fax: 866.519.3748 | Miami, Florida 33131 |
| wassenbergl@gmail.com | Tel: 866.578.6223 |
| | Fax: 303.990.8131 |
| | jennifer@gokenbachlaw.com |
| *Attorney for Plaintiff Daniel Lopez* | *Attorney for Defendants E & R Enterprise of South Florida, Inc. and 729-731 Washington Ave., Properties, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2015, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Lauren Nicole Wassenberg
429 Lenox Avenue, Suite P503
Miami Beach, Florida 33139
wassenbergl@gmail.com

ATTORNEY FOR PLAINTIFF

*s/ Jennifer L. Gokenbach*