UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-24809-Civ-COOKE/TORRES

DANIEL LOPEZ,

    Plaintiff,

vs.

E & R ENTERPRISE OF SOUTH FLORIDA,
INC., 729-731 WASHINGTON AVE., PROPERTIES,
INC.,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Stip. Dismissal with Prejudice, ECF No. 28.  Each party shall bear his or its own costs and attorney's fees.

The Clerk is directed to **CLOSE** this matter.  All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 16th day of March 2015.

                                                      *[signature]*
                                            MARCIA G. COOKE
                                            United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*